# United States District Court
## For The Western District of North Carolina
## Asheville Division

GREGORY LAMONT BULLARD EL,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                            1:12-cv-169-RJC

ROBERT LEWIS,
SUSAN WHITE,

       Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/20/2012 Order.

Signed: September 20, 2012

Frank G. Johns, Clerk
United States District Court